AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

Guangming Liu
Jianghua Ma

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Michael Chertoff, Secretary of the Department of Homeland Security
Emilio Gonzalez, Director of U. S. Citizenship and Immigration Services
Paul Novak, Director of Vermont Service Center, USCIS
Robert S. Muller, Director of Federal Bureau of Investigation
Alberto Gonzales, Attorney General of the U. S. Department of Justice
Colm F. Connolly, United States Attorney for the District of Delaware

FILED
OCT 23 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TO: (Name and address of Defendant)

Paul Novak, Director
Vermont Service Center
U. S. Citizenship and Immigration Services
75 Lower Welden Street
St. Albans, VT 05479-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Guangming Liu
897 Marrows Road, APT G-6
Newark, DE 19713
Tel. 302-831-2124 (office), 302-266-0453 (home)

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                      OCT 2 2 2006
CLERK                                                DATE

_[signature]_
(By) DEPUTY CLERK

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Paul Novak, Director<br>Vermont Service Center<br>U.S. Citizenship & Immigration Services<br>75 Lower Welden Street<br>St. Albans, VT 05479-0001 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

Postage  $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees  $

Postmark Here — NEWARK DE FEDERAL STA SEP 22 2006 USPS 19711

Sent To: Paul Novak, Director of VSC, USCIS
Street, Apt. No.; or PO Box No.: 75 Lower Welden Street
City, State, ZIP+4: St. Albans, VT 05479-0001



Home | Help

**Track & Confirm**

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 0100 0006 3537 6077**
Status: **Delivered**

Your item was delivered at 1:45 pm on September 25, 2006 in SAINT ALBANS, VT 05479.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )



POSTAL INSPECTORS    site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust           Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy