◆AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

Guangming Liu
Jianghua Ma

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Michael Chertoff, Secretary of the Department of Homeland Security
Emilio Gonzalez, Director of U. S. Citizenship and Immigration Services
Paul Novak, Director of Vermont Service Center, USCIS
Robert S. Muller, Director of Federal Bureau of Investigation
Alberto Gonzales, Attorney General of the U. S. Department of Justice
Colm F. Connolly, United States Attorney for the District of Delaware

FILED
OCT 23 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TO: (Name and address of Defendant)

Colm F. Connolly
United States Attorney's Office
District of Delaware
P.O. Box 2046
Wilmington, Delaware 19899

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Guangming Liu
897 Marrows Road, APT G-6
Newark, DE 19713
Tel. 302-831-2124 (office), 302-266-0453 (home)

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                     OCT 2 2006
CLERK                                                DATE

(By) DEPUTY CLERK

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Ben Loughced |
| 1. Article Addressed to:<br><br>Colm. F. Connolly<br>United States Attorney's office<br>District of Delaware<br>P.O. Box 2046<br>Wilmington, DE 19899 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

7006 0100 0006 3537 7107

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here — NEWARK DE FED SEP 22 2006

Sent To: Colm F. Connolly, U.S. Attorney's office
Street, Apt. No.; or PO Box No.: P.O. Box 2046
City, State, ZIP+4: Wilmington, DE 19899



Home | Help

**Track & Confirm**

# Track & Confirm

### Search Results

Label/Receipt Number: **7006 0100 0006 3537 6107**
Status: **Delivered**

Your item was delivered at 10:16 am on October 02, 2006 in WILMINGTON, DE 19801.

(Additional Details >)  (Return to USPS.com Home >)

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  (Go >)

POSTAL INSPECTORS    site map  contact us  government services  jobs  National & Premier Accounts
Preserving the Trust         Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

## CERTIFICATE OF SERVICE

Civil action case No. **1:06-cv-589 (JJF)**

I hereby certify that a copy of the summons and of the complaint was served upon all defendants by placing a copy of the same in the United States Certified Mail, postage prepaid, and sent to their last known addresses as follows:

Alberto Gonzales,
Attorney General
U. S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

Emilio Gonzalez
Director of U.S. Citizenship and Immigration Services
Office of the General Counsel
United States Department of Homeland Security
U.S. Citizenship and Immigration Services
Washington, DC 20528

Paul Novak, Director
Vermont Service Center
U. S. Citizenship and Immigration Services
75 Lower Welden Street
St. Albans, VT 05479-0001

Robert S. Mueller, Director of Federal
Bureau of Investigation
Office of the General Counsel
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Ave., NW
Washington, DC 20535-0001

Michael Chertoff, Secretary of the
Department of Homeland Security
Office of the General Counsel
United States Department of Homeland Security
Washington, DC 20528

Colm F. Connolly
United States Attorney's Office
District of Delaware
P.O. Box 2046
Wilmington, Delaware 19899



Date: 10-16-2006

**Guangming Liu
Jianghua Ma
Plaintiffs, Pro Se**

897 Marrows Road, APT G-6
Newark, DE 19713
(302) 266-0453










From:
Guangming Liu
897 Marrows Road, APT G-6
Newark, DE 19713

Send to:
Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570