AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

Guangming Liu
Jianghua Ma

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Michael Chertoff, Secretary of the Department of Homeland Security
Emilio Gonzalez, Director of U. S. Citizenship and Immigration Services
Paul Novak, Director of Vermont Service Center, USCIS
Robert S. Mueller, Director of Federal Bureau of Investigation
Alberto Gonzales, Attorney General of the U. S. Department of Justice
Colm F. Connolly, United States Attorney for the District of Delaware

FILED
OCT 23 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TO: (Name and address of Defendant)

Robert S. Mueller, Director of Federal
Bureau of Investigation
Office of the General Counsel
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Ave., NW
Washington, DC 20535-0001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Guangming Liu
897 Marrows Road, APT G-6
Newark, DE 19713
Tel. 302-831-2124 (office), 302-266-0453 (home)

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                          SEP 22 2006
CLERK                                                    DATE

_____
(By) DEPUTY CLERK




UNITED STATES POSTAL SERVICE®

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 0100 0006 3537 6060**
Status: **Delivered**

Your item was delivered at 4:48 am on September 26, 2006 in WASHINGTON, DC 20535.

(Additional Details >) (Return to USPS.com Home >)

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. (Go >)

POSTAL INSPECTORS    site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

```
          FEDERAL STATION POST OFFICE
              NEWARK, Delaware
                  197119997
               3379300712 -0097
09/22/2006    (000)000-0000    02:59:02 PM

                 Sales Receipt
Product          Sale   Unit         Final
Description      Qty    Price        Price

WASHINGTON DC 20535                  $4.05
Priority Mail
 8.30 oz.
  Return Rcpt (Green Card)           $1.85
  Certified                          $2.40
  Label #:       70060100000635376060
                                   ========
Issue PVI:                           $8.30

SAINT ALBANS VT 05479                $4.05
Priority Mail
 8.30 oz.
  Return Rcpt (Green Card)           $1.85
  Certified                          $2.40
  Label #:       70060100000635376077
                                   ========
Issue PVI:                           $8.30

WASHINGTON DC 20528                  $4.05
Priority Mail
 8.30 oz.
  Return Rcpt (Green Card)           $1.85
  Certified                          $2.40
  Label #:       70060100000635376084
                                   ========
Issue PVI:                           $8.30

WASHINGTON DC 20528                  $4.05
Priority Mail
 8.40 oz.
  Return Rcpt (Green Card)           $1.85
  Certified                          $2.40
  Label #:       70060100000635376091
                                   ========
Issue PVI:                           $8.30

WILMINGTON DE 19899                  $4.05
Priority Mail
 8.30 oz.
  Return Rcpt (Green Card)           $1.85
  Certified                          $2.40
  Label #:       70060100000635376107
                                   ========
Issue PVI:                           $8.30

WASHINGTON DC 20530                  $4.05
Priority Mail
 8.30 oz.
  Return Rcpt (Green Card)           $1.85
  Certified                          $2.40
  Label #:       70060100000635376114
                                   ========
Issue PVI:                           $8.30
                                   --------
Total:                              $49.80

Paid by:
MasterCard                          $49.80
  Account #:     XXXXXXXXXXXX9301
  Approval #:    405511
  Transaction #: 872
  23 903540136

Bill#: 1000303046665
Clerk: 03

     All sales final on stamps and postage.
     Refunds for guaranteed services only.
           Thank you for your business.
```