IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GUANGMING LIU
and JIANGHUA MA,

        Plaintiffs,

v.                                                     :   Civil Action No. 06-589 (JJF)

MICHAEL CHERTOFF, et al.,

        Defendants.

## UNOPPOSED MOTION FOR EXTENSION OF TIME

COMES NOW the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Ellen W. Slights, Assistant United States Attorney for the District of Delaware, and respectfully moves this Honorable Court for an extension of time in the above case, until Friday, December 15, 2006, for defendants to file their Answer to the Complaint. In support thereof, the United States alleges that:

1. On or about September 22, 2006, pro se plaintiffs filed their Complaint for Writ in the Nature of Mandamus and Declaratory Judgment ("Complaint") seeking to compel the processing of an employment-based adjustment of status request filed with the United States Citizenship and Immigration Services.

2. The Government's response to plaintiff's Complaint is due on November 24, 2006.

3. The parties are attempting to informally resolve the issues raised in the Complaint and have made substantial progress.

4. Ellen W. Slights, Assistant United States Attorney, contacted plaintiff Guangming Liu regarding this motion seeking enlargement of time in which to respond to the Complaint and Mr.

Liu indicated plaintiffs have no objection to such an enlargement of time and the plaintiffs do not oppose the Government's motion.

Wherefore, the United States requests that it be allowed until Friday, December 15, 2006, to file its Answer to the plaintiffs' Complaint.

                                        COLM F. CONNOLLY
                                        United States Attorney

By:          /s/ Ellen W. Slights
               Ellen W. Slights
               Assistant United States Attorney
               Delaware Bar I.D. 2782
               1007 Orange Street, Suite 700
               Post Office Box 2046
               Wilmington, Delaware 19899-2046
               (302) 573-6277

               Attorneys for Defendants

Dated: November 21, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GUANGMING LIU
and JIANGHUA MA,

    Plaintiffs,

v.  :  Civil Action No. 06-589 (JJF)

MICHAEL CHERTOFF, et al.,

    Defendants.

### ORDER

UPON CONSIDERATION of the United States' Unopposed Motion for Extension of Time, the grounds stated therefor, the plaintiffs' lack of opposition thereto, and the entire record herein, it is this _____ day of _____, 2006, hereby

ORDERED that the United States' motion should be and it is hereby granted; and it is,

FURTHER ORDERED that the United States' Answer to plaintiffs' Complaint shall be filed on or before Friday, December 15, 2006.

_____
Honorable Joseph J. Farnan, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUANGMING LIU and JIANGHUA MA, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL CHERTOFF, et al., <br><br> Defendants. | : <br> : <br> : <br> : <br> : Civil Action No. 06-589 (JJF) <br> : <br> : <br> : |

## AFFIDAVIT OF SERVICE

I, Kathie Gray, an employee in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury that on November 21, 2006, I electronically filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME** with the Clerk of Court using ECF, and I hereby attest that I have delivered two copies of said documents via United States Mail, postage prepaid, to the following:

Guangming Liu, *Pro Se*  
897 Marrows Road  
Apartment G-6  
Newark, DE 19713  

Jianghua Ma, *Pro Se*  
897 Marrows Road  
Apartment G-6  
Newark, DE 19713  

/s/ Kathie Gray
_____
Kathie Gray
Office of the United States Attorney
The Nemours Building
1007 Orange Street
P.O. Box 2046
Wilmington, DE 19899