## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

GUANGMING LIU                                        :
and JIANGHUA MA,                                     :
                                                     :
            Plaintiffs,                              :
                                                     :
      v.                                             :    Civil Action No. 06-589 (JJF)
                                                     :
MICHAEL CHERTOFF, et al.,                            :
                                                     :
            Defendants.                              :

## ORDER

UPON CONSIDERATION of the United States' Unopposed Motion for Extension of

Time, the grounds stated therefor, the plaintiffs' lack of opposition thereto, and the entire record

herein, it is this __27 day of _November_ 2006, hereby

ORDERED that the United States' motion should be and it is hereby granted; and it is,

FURTHER ORDERED that the United States' Answer to plaintiffs' Complaint shall be

filed on or before Friday, December 15, 2006.

Honorable Joseph J. Farnan, Jr.