UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Guangming Liu,
Jianghua Ma,

           Plaintiffs

Case No. 1:06-cv-589 (JJF)

v.

Michael Chertoff,
Emilio Gonzalez,
Paul Novak,
Robert S. Muller,
Alberto Gonzales,
Colm F. Connolly,

           Defendants


FILED
DEC 0 4 2006
scanned

## VOLUNTARY DISMISSAL OF COMPLAINT

On September 22, 2006, Plaintiffs filed a complaint for a writ of mandamus, seeking adjudication of their application for adjustment of status. On November 14 and November 21, Plaintiffs' applications were approved, respectively. Accordingly, Plaintiffs have received the relief they sought, and voluntarily withdraw the complaint.

Respectively submitted,

Dated: 12-07-2006

Guangming Liu
Jianghua Ma
Pro Se
897 Marrows Road, APT G-6
Newark, DE 19713
(302) 266-0453

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Guangming Liu,
Jianghua Ma,

              Plaintiffs

                                      Case No. 1:06-cv-589 (JJF)

v.

Michael Chertoff,
Emilio Gonzalez,
Paul Novak,
Robert S. Muller,
Alberto Gonzales,
Colm F. Connolly,

              Defendants

### CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that:

A copy of the foregoing voluntary dismissal of the complaint was on this date served upon defendants and counsel of record by placing a copy of the same in the United States Mail, postage prepaid, and sent to:

Alberto Gonzales,
Attorney General
U. S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

Emilio Gonzalez
Director of U.S. Citizenship and Immigration Services
Office of the General Counsel
United States Department of Homeland Security
U.S. Citizenship and Immigration Services
Washington, DC 20528

Paul Novak, Director
Vermont Service Center
U. S. Citizenship and Immigration Services
75 Lower Welden Street
St. Albans, VT 05479-0001

Robert S. Mueller, Director of Federal
Bureau of Investigation
Office of the General Counsel
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Ave., NW
Washington, DC 20535-0001

Michael Chertoff, Secretary of the
Department of Homeland Security
Office of the General Counsel
United States Department of Homeland Security
Washington, DC 20528

Colm F. Connolly
United States Attorney's Office
District of Delaware
P.O. Box 2046
Wilmington, Delaware 19899

Dated:  12-01-2006

Respectively submitted,

*Guangming Liu*
*Jianghua Ma*

Guangming Liu
Jianghua Ma
Pro Se
897 Marrows Road, APT G-6
Newark, DE 19713
(302) 266-0453

From:
Guangming Liu
897 Marrows Road, APT G-6
Newark, DE 19713

WILMINGTON DE 197
02 DEC 2006 PM 1 T

To:
Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570